UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.:  8:09-CV-1433-T-17TGW

ROBERT SCARPETTA and
DONNA SCARPETTA,

      Plaintiffs,

vs.

CREDITORS INTERCHANGE RECEIVABLE
MANAGEMENT, LLC, BERNADETTE LNU,
and CHASE MANHATTAN BANK

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in

controversy, including entitlement to attorney's fees and costs, the parties, ROBERT

SCARPETTA, DONNA SCARPETTA and CREDITORS INTERCHANGE RECEIVABLE

MANAGEMENT, LLC ("CIRM"), jointly stipulate to a Dismissal with Prejudice of all claims

in this action against CIRM with each party to bear their own attorney's fees and costs,

except as otherwise agreed by the parties.

Respectfully submitted this 12th day of February, 2010.

| | |
|---|---|
| Michelle T. Bell | Frederick W. Vollrath |
| Marshall, Dennehey, Warner, | Vollrath-Condon, P.A. |
|     Coleman & Goggin | 307 South Fielding Avenue, Suite 2 |
| 1 East Broward Boulevard, Suite 500 | Tampa, Florida 33606 |
| Fort Lauderdale, FL  33301 | Counsel for Plaintiff |
| Telephone No.:  (954) 847-4920 | Telephone: (813) 251-2626 |
| Facsimile No.:  (954) 627-6640 | Facsimile: (813) 200-3395328-9301 |
| | |
| s/ Michelle T. Bell | s/ Frederick W. Vollrath |
| Michelle T. Bell | Frederick W. Vollrath |
| Florida Bar No. 467324 | Florida Bar No. 165812 |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2010, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF.  I also certify that the foregoing document is being served this day, in the manner specified below, on all counsel of record identified on the attached Service List.

By _____s/Michelle T. Bell_____

## SERVICE LIST

**BY CM/ECF**
Frederick W. Vollrath, Esquire
307 South Fielding Avenue
Suite 2
Tampa, Florida 33606
Counsel for Plaintiff

**BY CM/ECF**
Fentrice Driskell, Esquire
Carlton Fields
4221 W.  Boy Scout Blvd., Suite 1000
Tampa, Florida 33607
Counsel for Chase